IT IS SO ORDERED.

  s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **TERRY CLOTZ,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MOBILEHELP, LLC,** a Florida company,<br><br>*Defendant.* | CASE NO. 1:22-cv-02059-PAB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Terry Clotz and Defendant MobileHelp, LLC jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of each claim and count asserted by Plaintiff individually against Defendant, and to the dismissal without prejudice of putative class members' claims, thereby fully resolving all claims in this matter. Each party will bear its own attorney's fees, costs, and expenses.

Date:  June 12, 2023                                   Respectfully submitted,

*/s/ Michael P. De Simone*
Michael P. De Simone
(Pro hac vice)
P.O. Box 3571
West Palm Beach, FL  33402
Telephone:     914-419-7908
Facsimile:      561-532-5485

*Counsel for MobileHelp, LLC*

*/s/ Anthony Paronich*
Anthony Paronich
(Pro hac vice)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400,
Hingham, MA 02043

*Attorney for the Plaintiff and the putative Class*

AM 67626902.1